| Information to identify the case: | | | |
|---|---|---|---|
| Debtor 1: | Lidia A. Zapata<br>First Name  Middle Name  Last Name | Social Security number or ITIN: | xxx–xx–0235 |
| | | EIN: | _ _–_ _ _ _ _ _ _ |
| Debtor 2:<br>(Spouse, if filing) | First Name  Middle Name  Last Name | Social Security number or ITIN: | _ _ _ _ |
| | | EIN: | _ _–_ _ _ _ _ _ _ |
| United States Bankruptcy Court: | District of New Jersey | Date case filed in chapter: | 13    6/13/14 |
| Case number: | 14–22197–MBK | Date case converted to chapter: | 7    10/10/17 |

## Official Form 309A (For Individuals or Joint Debtors)
### Notice of Chapter 7 Bankruptcy Case –– No Proof of Claim Deadline    12/15

**For the debtors listed above, a case has been filed under chapter 7 of the Bankruptcy Code. An order for relief has been entered.**

**This notice has important information about the case for creditors, debtors, and trustees, including information about the meeting of creditors and deadlines. Read both pages carefully.**

The filing of the case imposed an automatic stay against most collection activities. This means that creditors generally may not take action to collect debts from the debtors or the debtors' property. For example, while the stay is in effect, creditors cannot sue, garnish wages, assert a deficiency, repossess property, or otherwise try to collect from the debtors. Creditors cannot demand repayment from debtors by mail, phone, or otherwise. Creditors who violate the stay can be required to pay actual and punitive damages and attorney's fees. Under certain circumstances, the stay may be limited to 30 days or not exist at all, although debtors can ask the court to extend or impose a stay.

The debtors are seeking a discharge. Creditors who assert that the debtors are not entitled to a discharge of any debts or who want to have a particular debt excepted from discharge may be required to file a complaint in the bankruptcy clerk's office within the deadlines specified in this notice. (See line 9 for more information.)

To protect your rights, consult an attorney. All documents filed in the case may be inspected at the bankruptcy clerk's office at the address listed below or through PACER (Public Access to Court Electronic Records at   www.pacer.gov).

**The staff of the bankruptcy clerk's office cannot give legal advice.**

**To help creditors correctly identify debtors, debtors submit full Social Security or Individual Taxpayer Identification Numbers, which may appear on a version of this notice. However, the full numbers must not appear on any document filed with the court.**

**Do not file this notice with any proof of claim or other filing in the case. Do not include more than the last four digits of a Social Security or Individual Taxpayer Identification Number in any document, including attachments, that you file with the court.**

**Undeliverable notices will be sent by return mail to the debtor. It is the debtor's responsibility to obtain the party's correct address, resend the returned notice, and notify this office of the party's change of address. Failure to provide all parties with a copy of this notice may adversely affect the debtor as provided by the Bankruptcy Code.**

| | | About Debtor 1: | About Debtor 2: |
|---|---|---|---|
| 1. | **Debtor's full name** | Lidia A. Zapata | |
| 2. | **All other names used in the last 8 years** | aka Lidia Rivas, aka Lidia Rolon | |
| 3. | **Address** | 1151 Woodlane Rd, Unit D1<br>Eastampton, NJ 08060 | |
| 4. | **Debtor's attorney**<br>Name and address | Lee Martin Perlman<br>Lee M. Perlman<br>1926 Greentree Road<br>Suite 100<br>Cherry Hill, NJ 08003 | Contact phone (856) 751–4224 |
| 5. | **Bankruptcy trustee**<br>Name and address | Andrea Dobin<br>Trenk DiPasquale<br>427 Riverview Plaza<br>Trenton, NJ 08611 | Contact phone (609) 695–6070 |

**For more information, see page 2 >**

| 6. **Bankruptcy clerk's office** Documents in this case may be filed at this address. You may inspect all records filed in this case at this office or online at www.pacer.gov. (800) 676–6856 | 402 East State Street Trenton, NJ 08608 Additional information may be available at the Court's Web Site: www.njb.uscourts.gov. | Hours open: 8:30 AM – 4:00 p.m., Monday – Friday (except holidays) Contact phone 609–858–9333 Date: 10/11/17 |
|---|---|---|
| 7. **Meeting of creditors** **Debtors must attend the meeting to be questioned under oath. In a joint case, both spouses must attend. Creditors may attend, but are not required to do so.** All individual debtors must provide picture identification and proof of social security number to the trustee at the meeting of creditors. Failure to do so may result in your case being dismissed. | **November 6, 2017 at 11:00 AM** The meeting may be continued or adjourned to a later date. If so, the date will be on the court docket. | Location: **Clarkson S. Fisher Federal Courthouse, 402 East State Street, Room 129, Trenton, NJ 08608–1507** |
| 8. **Presumption of abuse** If the presumption of abuse arises, you may have the right to file a motion to dismiss the case under 11 U.S.C. § 707(b). Debtors may rebut the presumption by showing special circumstances. | The presumption of abuse does not arise. | |
| 9. **Deadlines** The bankruptcy clerk's office must receive these documents and any required filing fee by the following deadlines. | **File by the deadline to object to discharge or to challenge whether certain debts are dischargeable:** **You must file a complaint:** • if you assert that the debtor is not entitled to receive a discharge of any debts under any of the subdivisions of 11 U.S.C. § 727(a)(2) through (7), or • if you want to have a debt excepted from discharge under 11 U.S.C § 523(a)(2), (4), or (6). **You must file a motion:** • if you assert that the discharge should be denied under § 727(a)(8) or (9). | **Filing deadline: 1/5/18** |
| | **Deadline to object to exemptions:** The law permits debtors to keep certain property as exempt. If you believe that the law does not authorize an exemption claimed, you may file an objection. | **Filing deadline:** 30 days after the *conclusion* of the meeting of creditors |
| 10. **Proof of claim** Please do not file a proof of claim unless you receive a notice to do so. | No property appears to be available to pay creditors. Therefore, please do not file a proof of claim now. If it later appears that assets are available to pay creditors, the clerk will send you another notice telling you that you may file a proof of claim and stating the deadline. | |
| 11. **Creditors with a foreign address** | If you are a creditor receiving a notice mailed to a foreign address, you may file a motion asking the court to extend the deadlines in this notice. Consult an attorney familiar with United States bankruptcy law if you have any questions about your rights in this case. | |
| 12. **Exempt property** | The law allows debtors to keep certain property as exempt. Fully exempt property will not be sold and distributed to creditors. Debtors must file a list of property claimed as exempt. You may inspect that list at the bankruptcy clerk's office or online at www.pacer.gov. If you believe that the law does not authorize an exemption that the debtors claim, you may file an objection. The bankruptcy clerk's office must receive the objection by the deadline to object to exemptions in line 9. | |

United States Bankruptcy Court
District of New Jersey

In re:                                                                  Case No. 14-22197-MBK
Lidia A. Zapata                                                         Chapter 7
       Debtor

## CERTIFICATE OF NOTICE

District/off: 0312-3           User: admin              Page 1 of 2              Date Rcvd: Oct 11, 2017
                               Form ID: 309A            Total Noticed: 30

Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on
Oct 13, 2017.
```
db             +Lidia A. Zapata,    1151 Woodlane Rd, Unit D1,    Eastampton, NJ 08060-3903
514853575      +Alfredo J. Garcia MD,    1035 U.S. 46,    Clifton, NJ 07013-2430
514853576      +Allied Interstate Llc,    7525 W Campus Rd,    New Albany, OH 43054-1121
515075467       American InfoSource LP as agent for,    DIRECTV, LLC,    PO Box 51178,
                 Los Angeles, CA 90051-5478
514853577      +Apex Asset Management,    1891 Santa Barbara Dr St,    Lancaster, PA 17601-4106
514853578      +Baxter Financial, LLC,    630 Freedom Bus Ctr Dr,    King Of Prussia, PA 19406-1331
514853579      +Bus Trans Ed, Inc.,    1 Jefferson St,    Passaic, NJ 07055-6505
514853580      +Calvin Johnson,    8 Garner Lane,    Willingboro, NJ 08046-3318
514853582       Directv,   PO Box 830032,    Baltimore, MD 21283-0032
514853585       Geico,   One Geico Plaza,    Bethesda, MD 20811-0001
515084176      +New Century Financial Services, Inc.,    c/o Pressler and Pressler, LLP.,    7 Entin Road,
                 Parsippany NJ 07054-5020
514853587      +Quality Asset Recovery,    7 Foster Ave Ste 101,    Gibbsboro, NJ 08026-1191
514853589       Social Security Admin,    4701 West 2100 Sou,    Salt Lake City, UT 84120
514853591      +Sure Recovery Service,    Po Box 818,    Jackson, NJ 08527-0818
```
Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.
```
aty             E-mail/Text: ecf@newjerseybankruptcy.com Oct 11 2017 23:09:26      Lee Martin Perlman,
                 Lee M. Perlman,    1926 Greentree Road,    Suite 100,    Cherry Hill, NJ 08003
tr             +EDI: BADOBIN.COM Oct 11 2017 22:43:00      Andrea Dobin,    Trenk DiPasquale,
                 427 Riverview Plaza,    Trenton, NJ 08611-3420
smg             E-mail/Text: usanj.njbankr@usdoj.gov Oct 11 2017 23:10:20      U.S. Attorney,    970 Broad St.,
                 Room 502,    Rodino Federal Bldg.,    Newark, NJ 07102-2534
smg            +E-mail/Text: ustpregion03.ne.ecf@usdoj.gov Oct 11 2017 23:10:17      United States Trustee,
                 Office of the United States Trustee,    1085 Raymond Blvd.,    One Newark Center,    Suite 2100,
                 Newark, NJ 07102-5235
514882568       EDI: AIS.COM Oct 11 2017 22:43:00      American InfoSource LP as agent for,
                 T Mobile/T-Mobile USA Inc,    PO Box 248848,    Oklahoma City, OK 73124-8848
514853581      +EDI: CCS.COM Oct 11 2017 22:43:00      Credit Coll,    Po Box 773,    Needham, MA 02494-0918
514853583      +EDI: DCI.COM Oct 11 2017 22:43:00      Diversified Consultant,    P O Box 551268,
                 Jacksonville, FL 32255-1268
514853584      +E-mail/Text: bknotice@erccollections.com Oct 11 2017 23:10:23      Enhancrcvrco,
                 ATTENTION: CLIENT SERVICES,    8014 Bayberry Rd,    Jacksonville, FL 32256-7412
514945210       EDI: RESURGENT.COM Oct 11 2017 22:43:00      LVNV Funding, LLC its successors and assigns as,
                 assignee of NCO Portfolio Management,    Resurgent Capital Services,    PO Box 10587,
                 Greenville, SC 29603-0587
514853586      +E-mail/Text: bankruptcydepartment@tsico.com Oct 11 2017 23:11:06      Nco Fin/09,
                 ATTENTION: BANKRUPTCY,    507 Prudential Rd,    Horsham, PA 19044-2308
514853588      +E-mail/Text: Supportservices@receivablesperformance.com Oct 11 2017 23:11:08
                 Receivables Performanc,    20816 44th Ave Wes,    Lynnwood, WA 98036-7744
514920024       EDI: NEXTEL.COM Oct 11 2017 22:43:00      Sprint Corp.,    Attn Bankruptcy Dept,    PO Box 7949,
                 Overland Park KS 66207-0949
514853590      +EDI: NEXTEL.COM Oct 11 2017 22:43:00      Sprint,    PO Box 8077,    London, KY 40742-8077
514853592       EDI: AISTMBL.COM Oct 11 2017 22:43:00      TMobile,    PO Box 742596,
                 Cincinnati, OH 45274-2596
514853593       EDI: TFSR.COM Oct 11 2017 22:43:00      Toyota Motor Credit,    TOYOTA FINANCIAL SERVICES,
                 Po Box 8026,    Cedar Rapids, IA 52408
514865023       EDI: TFSR.COM Oct 11 2017 22:43:00      Toyota Motor Credit Corporation (TMCC),    PO BOX 8026,
                 Cedar Rapids, Iowa 52408-8026
                                                                                              TOTAL: 16

              ***** BYPASSED RECIPIENTS *****
NONE.                                                                                         TOTAL: 0
```

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.
USPS regulations require that automation-compatible mail display the correct ZIP.

Transmission times for electronic delivery are Eastern Time zone.


**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Oct 13, 2017                              Signature:  /s/Joseph Speetjens

```
District/off: 0312-3          User: admin                Page 2 of 2                  Date Rcvd: Oct 11, 2017
                              Form ID: 309A              Total Noticed: 30
```

# CM/ECF NOTICE OF ELECTRONIC FILING

```
The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email)
system on October 11, 2017 at the address(es) listed below:
              Albert   Russo    on behalf of Trustee Albert   Russo docs@russotrustee.com
              Albert   Russo    docs@russotrustee.com
              Albert   Russo (NA)    on behalf of Trustee Albert   Russo docs@russotrustee.com
              Andrea   Dobin    ecftrusteead@trenklawfirm.com, NJ55@ecfcbis.com
              Denise E. Carlon    on behalf of Creditor    Toyota Motor Credit Corporation
               dcarlon@kmllawgroup.com, bkgroup@kmllawgroup.com
              Francesca Ann Arcure    on behalf of Creditor    Toyota Motor Credit Corporation
               nj_ecf_notices@buckleymadole.com
              Lee Martin Perlman    on behalf of Debtor Lidia A. Zapata ecf@newjerseybankruptcy.com,
               lmpcourt@gmail.com
              Melissa N. Licker    on behalf of Creditor    Toyota Motor Credit Corp
               NJ_ECF_Notices@buckleymadole.com
                                                                                             TOTAL: 8
```