Form 177 – fnldec

# UNITED STATES BANKRUPTCY COURT

District of New Jersey
402 East State Street
Trenton, NJ 08608

                Case No.: 14–22197–MBK
                Chapter: 7
                Judge: Michael B. Kaplan

In Re: Debtor(s) (name(s) used by the debtor(s) in the last 8 years, including married, maiden, trade, and address):
  Lidia A. Zapata
  aka Lidia Rivas, aka Lidia Rolon
  1151 Woodlane Rd, Unit D1
  Eastampton, NJ 08060

Social Security No.:
  xxx–xx–0235

Employer's Tax I.D. No.:

## FINAL DECREE

    The estate of the above named debtor(s) has been fully administered.

    If this case is a Chapter 11 or 13, the deposit required by the plan will be distributed, and it is

    ORDERED that Andrea Dobin is discharged as trustee of the estate of the above named debtor(s) and the bond is canceled; and the case of the above named debtor(s) is closed.

Dated: <u>January 10, 2018</u>
                                  <u>Michael B. Kaplan</u>
                                  Judge, United States Bankruptcy Court