**Information to identify the case:**

| | | |
|---|---|---|
| Debtor 1 | Lidia A. Zapata<br>First Name    Middle Name    Last Name | Social Security number or ITIN    xxx–xx–0235<br>EIN    _ _–_ _ _ _ _ _ _ |
| Debtor 2<br>(Spouse, if filing) | First Name    Middle Name    Last Name | Social Security number or ITIN    _ _ _ _<br>EIN    _ _–_ _ _ _ _ _ _ |
| United States Bankruptcy Court | District of New Jersey | |
| Case number: | 14–22197–MBK | |

# Order of Discharge 12/15

**IT IS ORDERED:** A discharge under 11 U.S.C. § 727 is granted to:

Lidia A. Zapata
aka Lidia Rivas, aka Lidia Rolon

1/10/18

**By the court:** Michael B. Kaplan
United States Bankruptcy Judge

**Explanation of Bankruptcy Discharge in a Chapter 7 Case**

This order does not close or dismiss the case, and it does not determine how much money, if any, the trustee will pay creditors.

**Creditors cannot collect discharged debts**

This order means that no one may make any attempt to collect a discharged debt from the debtors personally. For example, creditors cannot sue, garnish wages, assert a deficiency, or otherwise try to collect from the debtors personally on discharged debts. Creditors cannot contact the debtors by mail, phone, or otherwise in any attempt to collect the debt personally. Creditors who violate this order can be required to pay debtors damages and attorney's fees.

However, a creditor with a lien may enforce a claim against the debtors' property subject to that lien unless the lien was avoided or eliminated. For example, a creditor may have the right to foreclose a home mortgage or repossess an automobile.

This order does not prevent debtors from paying any debt voluntarily or from paying reaffirmed debts according to the reaffirmation agreement. 11 U.S.C. § 524(c), (f).

**Most debts are discharged**

Most debts are covered by the discharge, but not all. Generally, a discharge removes the debtors' personal liability for debts owed before the debtors' bankruptcy case was filed.

Also, if this case began under a different chapter of the Bankruptcy Code and was later converted to chapter 7, debts owed before the conversion are discharged.

In a case involving community property: Special rules protect certain community property owned by the debtor's spouse, even if that spouse did not file a bankruptcy case.

**For more information, see page 2 >**

**Some debts are not discharged**
Examples of debts that are not discharged are:

- debts that are domestic support obligations;

- debts for most student loans;

- debts for most taxes;

- debts that the bankruptcy court has decided or will decide are not discharged in this bankruptcy case;

- debts for most fines, penalties, forfeitures, or criminal restitution obligations;

- some debts which the debtors did not properly list;

- debts for certain types of loans owed to pension, profit sharing, stock bonus, or retirement plans; and

- debts for death or personal injury caused by operating a vehicle while intoxicated.

Also, debts covered by a valid reaffirmation agreement are not discharged.

In addition, this discharge does not stop creditors from collecting from anyone else who is also liable on the debt, such as an insurance company or a person who cosigned or guaranteed a loan.

> **This information is only a general summary of the bankruptcy discharge; some exceptions exist. Because the law is complicated, you should consult an attorney to determine the exact effect of the discharge in this case.**

United States Bankruptcy Court
District of New Jersey

In re:                                                                Case No. 14-22197-MBK
Lidia A. Zapata                                                       Chapter 7
          Debtor

# CERTIFICATE OF NOTICE

District/off: 0312-3          User: admin              Page 1 of 2         Date Rcvd: Jan 10, 2018
                              Form ID: 318             Total Noticed: 30

Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on
Jan 12, 2018.
db         +Lidia A. Zapata,    1151 Woodlane Rd, Unit D1,    Eastampton, NJ 08060-3903
cr         +Toyota Motor Credit Corp,    c/o Buckley Madole PC,    99 Wood Ave South #803,
             Iselin, NJ 08830-2713
cr         +Toyota Motor Credit Corporation,    C/O Buckley Madole, P.C.,    99 Wood Avenue South, Suite 803,
             Iselin, NJ 08830-2713
514853575  +Alfredo J. Garcia MD,    1035 U.S. 46,    Clifton, NJ 07013-2430
514853576  +Allied Interstate Llc,    7525 W Campus Rd,    New Albany, OH 43054-1121
515075467   American InfoSource LP as agent for,    DIRECTV, LLC,    PO Box 51178,
             Los Angeles, CA 90051-5478
514853577  +Apex Asset Management,    1891 Santa Barbara Dr St,    Lancaster, PA 17601-4106
514853578  +Baxter Financial, LLC,    630 Freedom Bus Ctr Dr,    King Of Prussia, PA 19406-1331
514853579  +Bus Trans Ed, Inc.,    1 Jefferson St,    Passaic, NJ 07055-6505
514853580  +Calvin Johnson,    8 Garner Lane,    Willingboro, NJ 08046-3318
514853582   Directv,    PO Box 830032,    Baltimore, MD 21283-0032
514853585   Geico,    One Geico Plaza,    Bethesda, MD 20811-0001
515084176  +New Century Financial Services, Inc.,    c/o Pressler and Pressler, LLP.,    7 Entin Road,
             Parsippany NJ 07054-5020
514853587  +Quality Asset Recovery,    7 Foster Ave Ste 101,    Gibbsboro, NJ 08026-1191
514853589   Social Security Admin,    4701 West 2100 Sou,    Salt Lake City, UT 84120
514853591  +Sure Recovery Service,    Po Box 818,    Jackson, NJ 08527-0818

Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.
smg         E-mail/Text: usanj.njbankr@usdoj.gov Jan 10 2018 23:25:34      U.S. Attorney,   970 Broad St.,
             Room 502,   Rodino Federal Bldg.,    Newark, NJ 07102-2534
smg        +E-mail/Text: ustpregion03.ne.ecf@usdoj.gov Jan 10 2018 23:25:31      United States Trustee,
             Office of the United States Trustee,    1085 Raymond Blvd.,   One Newark Center,   Suite 2100,
             Newark, NJ 07102-5235
514882568   EDI: AIS.COM Jan 10 2018 23:03:00      American InfoSource LP as agent for,
             T Mobile/T-Mobile USA Inc,    PO Box 248848,   Oklahoma City, OK 73124-8848
514853581  +EDI: CCS.COM Jan 10 2018 23:03:00      Credit Coll,   Po Box 773,   Needham, MA 02494-0918
514853583  +EDI: DCI.COM Jan 10 2018 23:03:00      Diversified Consultant,   P O Box 551268,
             Jacksonville, FL 32255-1268
514853584  +E-mail/Text: bknotice@erccollections.com Jan 10 2018 23:25:38      Enhancrcvrco,
             ATTENTION: CLIENT SERVICES,    8014 Bayberry Rd,   Jacksonville, FL 32256-7412
514945210   EDI: RESURGENT.COM Jan 10 2018 23:03:00      LVNV Funding, LLC its successors and assigns as,
             assignee of NCO Portfolio Management,    Resurgent Capital Services,   PO Box 10587,
             Greenville, SC 29603-0587
514853586  +E-mail/Text: bankruptcydepartment@tsico.com Jan 10 2018 23:26:13      Nco Fin/09,
             ATTENTION: BANKRUPTCY,    507 Prudential Rd,   Horsham, PA 19044-2308
514853588  +E-mail/Text: Supportservices@receivablesperformance.com Jan 10 2018 23:26:14
             Receivables Performanc,    20816 44th Ave Wes,   Lynnwood, WA 98036-7744
514920024   EDI: NEXTEL.COM Jan 10 2018 23:03:00      Sprint Corp.,   Attn Bankruptcy Dept,   PO Box 7949,
             Overland Park KS 66207-0949
514853590  +EDI: NEXTEL.COM Jan 10 2018 23:03:00      Sprint,   PO Box 8077,   London, KY 40742-8077
514853592   EDI: AISTMBL.COM Jan 10 2018 23:03:00      TMobile,   PO Box 742596,
             Cincinnati, OH 45274-2596
514853593   EDI: TFSR.COM Jan 10 2018 23:03:00      Toyota Motor Credit,   TOYOTA FINANCIAL SERVICES,
             Po Box 8026,   Cedar Rapids, IA 52408
514865023   EDI: TFSR.COM Jan 10 2018 23:03:00      Toyota Motor Credit Corporation (TMCC),   PO BOX 8026,
             Cedar Rapids, Iowa 52408-8026
                                                                                              TOTAL: 14

            ***** BYPASSED RECIPIENTS *****
NONE.                                                                                         TOTAL: 0

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.
USPS regulations require that automation-compatible mail display the correct ZIP.

Transmission times for electronic delivery are Eastern Time zone.


**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Jan 12, 2018                              Signature:  /s/Joseph Speetjens

```
District/off: 0312-3              User: admin                  Page 2 of 2                    Date Rcvd: Jan 10, 2018
                                  Form ID: 318                 Total Noticed: 30
```

## CM/ECF NOTICE OF ELECTRONIC FILING

```
The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email)
system on January 10, 2018 at the address(es) listed below:
              Albert   Russo    on behalf of Trustee Albert   Russo docs@russotrustee.com
              Albert   Russo (NA)    on behalf of Trustee Albert   Russo docs@russotrustee.com
              Andrea   Dobin    ecftrusteead@trenklawfirm.com,    NJ55@ecfcbis.com
              Denise E. Carlon    on behalf of Creditor    Toyota Motor Credit Corporation
               dcarlon@kmllawgroup.com,    bkgroup@kmllawgroup.com
              Francesca Ann Arcure    on behalf of Creditor    Toyota Motor Credit Corporation
               nj_ecf_notices@buckleymadole.com,    NJ_ECF_Notices@McCalla.com
              Lee Martin Perlman    on behalf of Debtor Lidia A. Zapata ecf@newjerseybankruptcy.com,
               lmpcourt@gmail.com
              Melissa N. Licker    on behalf of Creditor    Toyota Motor Credit Corp
               NJ_ECF_Notices@buckleymadole.com
                                                                                               TOTAL: 7
```